Martin D. Mondragon
5124 Jones Avenue
Riverside California 92505
Plaintiff Pro Se

FILED
2017 APR 11 PM 3:06
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA EASTERN DIVISION

| | |
|---|---|
| **Martin D. Mondragon.** | No. 5:16-cv-02462-R-KKx |
| **Plaintiff, Pro Se** | |
| v. | Assigned to Hon: Manuel L. Real |
| BANK OF AMERICA N. A.; NATIONAL DEFAULT SERVICING CORPORATION; NEW AMERICAN FUNDING INC; BAC HOME LOANS SERVICING L. P.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC; RECONTRUST COMPANY N.A.; FIDELITY NATIONAL TITLE COMPANY; BANK OF AMERICA CRE HFS NHELOC; GINNIE MAE; BANA CIG HFI 1ST LIENS GOV REW; ALL PERSONS UNKNOWN CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFF'S TITLE, OR ANY CLOUD ON PLAINTIFF'S TITLE THERETO; AND DOES 1-10, | **DECLARATION IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT** <br><br> Date Filed: November 30, 2016 <br><br> Trial Date: Not set |
| **Defendants,** | |

1.  I, Martin D. Mondragon, the undersigned affiant after being duly sworn upon oath, depose and say:

2.  I am over the age of 21, I am a plaintiff in the above-captioned action Unless otherwise stated. I have personal knowledge of the facts and the matters contained herein if called upon to testify, I could and would competently testify thereto.

1

DECLARATION IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT

3. On November 30, 2016, I file an Original Complaint in this instant case against the Defendant. Attached hereto as Exhibit A is a true and correct copy of the proof of service on file with the Court, reflecting that Defendant was served with a Summons and Complaint on March 15, 2017, by substitute service.

4. More than 21 days have elapsed since the date on which service of the Summons and Complaint was effective.

5. Defendant has not been granted any extension of time to respond to the Complaint.

6. Defendant has failed to answer or otherwise respond to the Complaint, or serve a copy of any answer or other response upon Plaintiff.

7. I'm am informed and believe that Defendant is not an infant or incompetent person.

8. Upon information and believe that the Defendant has never had a military address.

9. No monetary damages are sought in this instant civil action, and no attorney's fees are requested.

10. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on April 10, 2017, at Riverside, California.

Martin D. Mondragon
Plaintiff Pro Se
5124 Jones Ave
Riverside California. 92505
Phone 562 335-7876

2
DECLARATION IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Martin D. Mondragon<br>Martin D. Mondragon<br>5124 Jones Ave<br>Riverside, Ca 92505<br>　TELEPHONE NO:　　　　　　　　FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: salsalover39@yahoo.com<br>　ATTORNEY FOR *(Name)*: | FOR COURT USE ONLY<br><br>FILED<br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>RIVERSIDE<br>2017 MAR 30 PM 3:42<br>BY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF   Orange<br>　STREET ADDRESS:<br>　MAILING ADDRESS:<br>　CITY AND ZIP CODE:<br>　BRANCH NAME: United States District Court, Central District of California | |
| PLAINTIFF / PETITIONER: Martin Mondragon<br>DEFENDANT / RESPONDENT: New American Funding Inc. | CASE NUMBER:<br>5:16-cv-02462-R-KK |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>1285889 (562-335-7876) |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ summons
   b. ☐ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☒ other *(specify documents)*: Proposed Order-Request for Notice of Lis Pendens, Renew Request for Notice of Lis Pendens, Summons in a Civil Action, First Amended Verified Complaint for Declaratory Relief and Injunctive Relief, Exhibit 1-20
3. a. Party served *(specify name of party as shown on documents served)*:
      New American Funding Inc.
   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served:
   1503 S Coast Dr #340, Costa Mesa, Ca 92626
5. I served the party *(check proper box)*
   a. ☐ by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:                (2) at *(time)*:
   b. ☒ by substituted service. On *(date)*: Wed, Mar 15 2017    at *(time)*: 04:25 PM    I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
      Tri Pham empoyee to Minh Nguyen agent for New American Funding Inc.
      (1) ☒ (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) ☐ (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) ☒ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*: Wed, Mar 15 2017
         from *(city)*: Orange                                               or ☐ a declaration of mailing is attached.
      (5) ☐ I attach a declaration of diligence stating actions taken first to attempt personal service.

| PLAINTIFF / PETITIONER: Martin Mondragon | CASE NUMBER: |
|---|---|
| DEFENDANT / RESPONDENT: New American Funding Inc. | 5:16-cv-02462-R-KK |

5. c. ☐ by mail and acknowledgment of receipt of service. I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
   (1) on *(date)*:    (2) from *(city)*:
   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)
   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)
   d. ☐ by other means *(specify means of service and authorizing code section)*:

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☒ On behalf of *(specify)*: New American Funding Inc.
      under the following Code of Civil Procedure section:
      ☐ 416.10 (corporation)              ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)      ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)       ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)            ☐ 415.46 (occupant)
      ☐ other:

7. Person who served papers
   a. Name: Michael Danley
   b. Address: 333 City Blvd 17th Flr, Orange, Ca 92868
   c. Telephone number: 714-971-2217
   d. The fee for service was: $65.00
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒ a registered California process server:
          (i) ☐ owner ☐ employee ☐ independent contractor
          (ii) Registration No: Reg Orange Co. 1782
          (iii) County:

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 3/17/17
Michael Danley
(NAME OF PERSON WHO SERVED PAPERS / SHERIFF OR MARSHAL)                    (SIGNATURE)