UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Martin D. Mondragon,<br><br>        Plaintiff,<br><br>v.<br><br>Bank of America N.A., et al.,<br><br>        Defendant.<br>_____ | Case No. ED CV16-2462-R<br><br>**ORDER OF DISMISSAL BY LACK OF PROSECUTION AND FOR FAILURE TO COMPLY WITH THIS COURT'S ORDER RE: NOTICE TO COUNSEL** |

    Plaintiff/Parties were ordered to show cause in writing by not later than **May 26, 2017** why this action should not be dismissed for failure to submit Proof of Service of summons and first amended complaint as to defendants **National Default Servicing Corporation, Mortgage Electronic Registration Systems Inc, ReconTrust Company N.A., Fidelity National Title Company, Bank of America CRE HFS NHELOC, Ginnie Mae, BANA CIG HFI 1st Liens GOV REW** as ordered in this Court's Order Re: Notice to Counsel;

    WHEREAS, this period has elapsed without any action by plaintiff/parties.

    The Court hereby DISMISSES the instant case as to these defendants only for lack of prosecution and for failure to comply with this Court's Order Re: Notice to Counsel.

Dated   July 6, 2017

                                                    MANUEL L. REAL<br>                                                  United States District Judge